IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| WALTER CHAVARRIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| BROTHERS GROUP FLEET, INC. and | ) | |
| JAMES ANTHONY SEALS, Individually | ) | |
| And as Agent of BROTHERS GROUP | ) | |
| FLEET, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT

Defendant BROTHERS FLEET GROUP, INC. and JAMES SEALS, by and through its attorney, SHIMON B. KAHAN of LaBarge Campbell Lyon & Kahan, LLC pursuant to 28 U.S.C. §§ 1332, 1441, 1446, submit its Notice of Removal to this court from the Circuit Court of Will County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division. In support of this notice of Removal, Defendant states as follows:

1. The case arises out of a motor vehicle accident that occurred on April 29, 2020 in Village of Channahon in Will County, Illinois.

2. In his Complaint, Plaintiff alleges that he suffered injuries and damages of a personal and permanent nature. [Ex. A].

3. Plaintiff prays for an amount in excess of $50,000 in accordance with Illinois pleading requirements. [Ex. A].

4. Removal to federal court based on diversity jurisdiction is proper when there is a "reasonable probability that more than $75,000 is in controversy." *See Rising-Moore v. Red Roof Insur. Inc.*, 735 F.3d 813, 815 (7th Cir. 2006).

5. Plaintiff complied with Illinois pleading requirements, which require a plaintiff to assert that his damages are greater or less than a certain amount. In this case, Plaintiff seeks damages in excess of $50,000 based on claims of injury, past treatment, and future treatment.

6. Based on the allegations in Plaintiff's Complaint and alleged injuries, there is a reasonable probability that the amount in controversy in this case exceeds $75,000.

7. Upon information and belief, Plaintiff is a domiciled citizen of the state of Illinois in Chicago, IL.

8. Defendant, Brothers Fleet Group, Inc. is incorporated in the state of Missouri and has its principal place of business in Missouri. It is not a corporate citizen of the state of Illinois.

9. Defendant, James Seals is domiciled in the state of Missouri.

10. Both Defendants join in and consent to this removal.

11. For the purposes of determining diversity jurisdiction under 28 U.S.C. § 1332(c)(1), at all relevant times, Plaintiff was a domiciled citizen of Illinois and Defendants were not citizens of Illinois.

12. For the foregoing reasons, this is an action where the United State District Court for the Northern District of Illinois has original jurisdiction, pursuant to 28 U.S.C. § 1332, because the matter in controversy exceeds a value of $75,000, exclusive of costs and interests, and Plaintiff and Defendants are domiciled citizens of different states.

13. Diversity jurisdiction exists, and his lawsuit is removed pursuant to 28 U.S.C. §§ 1332, 1441.

14. This Notice of Removal is timely, pursuant to 28 U.S.C. § 1446(b).

15. Plaintiff's counsel is served with this Notice of Removal simultaneously with this filing, in accordance with the Federal Rules of Civil Procedure.

WHEREFORE, Defendants, Brothers Fleet Group, Inc. and James Seals, pursuant to 28 U.S.C. § 1441, removes this action from the Circuit Court of Will County, Illinois to this Court for further proceedings.

Defendant demands trial by jury.

s/ Shimon B. Kahan
SHIMON B. KAHAN (#6207172)
LaBarge Campbell Lyon & Kahan, LLC
Attorney for Defendant Brothers Fleet Group, Inc. and James Seals
200 West Jackson Boulevard, Suite 2050
Chicago, IL 60606
Tel: (312) 735-2275
SKahan@lcllaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on <u>September 30, 2021</u>, I electronically filed the foregoing Motion to Compel with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

George Argionis
Logan Meyer
Argionis & Associates, LLC
180 N. LaSalle Street
Suite 1923
Chicago, IL 60601
gga@argionislaw.com
ljm@argionislaw.com

*/s/ Shimon B. Kahan*
SHIMON B. KAHAN

LaBARGE, CAMPBELL LYON & KAHAN, LLC
Attorneys for Defendants
200 West Jackson Boulevard, Suite 2050
Chicago, Illinois 60606
312-735-2275
skahan@lcllaw.com